

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| NATHAN DUANE GOSSELIN, | § | No. 08-15-00107-CR |
| Appellant, | § | |
| | § | Appeal from the |
| V. | § | |
| | § | 54th District Court |
| THE STATE OF TEXAS, | § | |
| | § | of McLennan County, Texas |
| Appellee. | § | |
| | § | (TC# 2012-1065-C2) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF OCTOBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.